**STATE of Missouri, Respondent,**

v.

**Craig D. STACEY, Appellant.**

**WD 79024**

Missouri Court of Appeals,
Western District.

Order filed: October 18, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
November 22, 2016

Nathan J. Aquino, for Respondent

Daniel L. Viets, for Appellant

Before Division Three: Lisa White Hardwick, Presiding Judge, Gary D. Witt, Judge and Edward R. Ardini, Jr., Judge

### ORDER

PER CURIAM:

Craig D. Stacey appeals his conviction, following a bench trial in Saline County, Missouri, of the class A felony of trafficking in the first degree for possessing more than thirty kilograms of a mixture of substances containing marijuana. Because a published opinion would have no precedential value, we have instead provided a separate memorandum of law to the parties explaining our ruling.

The judgment is affirmed. Rule 30.25(b).